

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Carlos Lorenzo Gallegos,                 * From the 238th District Court
of Midland County
Trial Court No. CR44618.

Vs. No. 11-15-00325-CR                * January 11, 2018

The State of Texas,                     * Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.